# Supreme Court of Florida

_____

No. SC17-1211
_____

**DAVID MILLER, JR.,**
Petitioner,

vs.

**JULIE L. JONES, etc.,**
Respondent.

[January 31, 2018]

PER CURIAM.

David Miller, Jr., petitions this Court for a writ of habeas corpus seeking

relief pursuant to the United States Supreme Court's decision in Hurst v. Florida,

136 S. Ct. 616 (2016), and our decision on remand in Hurst v. State (Hurst), 202

So. 3d 40 (Fla. 2016), cert. denied, 137 S. Ct. 2161 (2017). This Court has

jurisdiction. See art. V, § 3(b)(9), Fla. Const.

This Court stayed Miller's case pending the disposition of Hitchcock v.

State, 226 So. 3d 216 (Fla. 2017), cert. denied, 138 S. Ct. 513 (2017). After this

Court decided <u>Hitchcock</u>, Miller responded to this Court's order to show cause arguing why <u>Hitchcock</u> should not be dispositive in this case.

After reviewing Miller's response to the order to show cause, as well as the State's arguments in reply, we conclude that Miller is not entitled to relief. Miller was sentenced to death following a jury's recommendation for death by a vote of seven to five, and Miller's sentence of death became final in 2001. <u>Miller v. State</u>, 770 So. 2d 1144, 1146 (Fla. 2000). Thus, <u>Hurst</u> does not apply retroactively to Miller's sentence. <u>See</u> <u>Hitchcock</u>, 226 So. 3d at 217. Accordingly, we deny Miller's petition.

The Court having carefully considered all arguments raised by Miller, we caution that any rehearing motion containing reargument will be stricken. It is so ordered.

LABARGA, C.J., and QUINCE, POLSTON, and LAWSON, JJ., concur.
PARIENTE, J., concurs in result with an opinion.
LEWIS and CANADY, JJ., concur in result.

PARIENTE, J., concurring in result.

I concur in result because I recognize that this Court's opinion in <u>Hitchcock v. State</u>, 226 So. 3d 216 (Fla. 2017), <u>cert. denied</u>, 138 S. Ct. 513 (2017), is now final. However, I continue to adhere to the views expressed in my dissenting opinion in <u>Hitchcock</u>.

An Original Proceeding – Habeas Corpus, Duval County,
Case No. 161997CF006680AXXXMA

Christopher J. Anderson of Law Office of Christopher J. Anderson, Neptune Beach, Florida; and Billy H. Nolas, Chief, Capital Habeas Unit, Office of the Federal Public Defender, Northern District of Florida, Tallahassee, Florida,

    for Petitioner

Pamela Jo Bondi, Attorney General, and Jennifer A. Donahue, Assistant Attorney General, Tallahassee, Florida,

    for Respondent